### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN STONER,<br><br>   Plaintiff,<br><br> v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>   Defendant. | )<br>)<br>)<br>) Civil Action No. 22-795<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

AND NOW, this 25th day of July 2024, the Court having granted Defendant's summary judgment motion by separate Order of Court on this date,

IT IS FURTHER ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                *s/ W. Scott Hardy*
                W. Scott Hardy
                United States District Judge

cc/ecf: All counsel of record